Fill in this information to identify the case:

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ (State)

Case number _____

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** _____

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  ____ ____ ____ ____

**Property address:** _____
Number      Street

_____

_____
City                            State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

❏ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❏ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

❏ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   ____/____/_____
                                                                MM / DD / YYYY

❏ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                                        (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:              + (b) $ _____

  c. **Total**. Add lines a and b.                                                    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ____/____/_____
                                                                MM / DD / YYYY

Form 4100R                            **Response to Notice of Final Cure Payment**                            page **1**

Debtor 1  _____      Case number (*if known*) _____
            First Name     Middle Name     Last Name

### Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

### Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ _____       Date ____/____/_____
   Signature

Print   _____       Title _____
       First Name     Middle Name     Last Name

Company   _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   _____
       Number     Street

          _____
       City     State     ZIP Code

Contact phone   (_____) _____ – _____       Email _____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO. 15-13628** |
| **WALTER JACKSON** | § § | **CHAPTER 13** |
| **DEBTOR** | | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Response to Notice of Final Cure was served on the parties listed on the attached mailing matrix, at the addresses indicated via electronic delivery or by deposit in the United States Mail, first-class postage pre-paid on April 1, 2020.

**MARINOSCI LAW GROUP**

/s/ Christopher K. Baxter
Christopher K. Baxter / SBN: 90001747
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Telephone: 972-331-2300
Facsimile: 972-331-5240
Email TXBK@mlg-defaultlaw.com
Attorney for Movant

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0860-3<br>Case 3:15-bk-13628<br>Eastern District of Arkansas<br>Northern Division<br>Thu Mar 19 18:11:55 CDT 2020 | PHH Mortgage Corporation<br>2001 Bishops Gate Blvd<br>Mt. Laurel, NJ 08054-4604 | Northern Division<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201-2400 |
| AFNI INC<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 | BSI Financial Services<br>1425 Greenway Drive Ste 400<br>Irving TX 75038-2480 | Brian Rhoads D.D.S, P.C.<br>110 Dover Road<br>West Memphis, AR 72301-2606 |
| Capio Partners<br>2222 Texoma Pkwy, Ste 150<br>Sherman, TX 75090-2481 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | City or Memphis EMS<br>555 Pleasantville Road<br>Ste 110N<br>Briarcliff Manor, NY 10510-1965 |
| Consolidated Recovery Systems<br>P.O. Box 1719<br>Memphis, TN 38101-1719 | Convergent Outsourcing, Inc.<br>10750 Hammerly Blvd, #200<br>Houston, TX 77043-2317 | Credit Management<br>4200 International Parkway<br>Carrollton, TX 75007-1912 |
| Crittenden Emergency Group LLC<br>P.O. Box 400<br>San Antonio, TX 78292-0400 | EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 | Enhanced Recovery Corporation<br>P.O. Box 23870<br>Jacksonville, FL 32241-3870 |
| Federal National Mortgage Association<br>(Fannie Mae) Creditor c/o Seterus, Inc.<br>PO Box 1047 Hartford, CT 06143-1047 | First National Coll Bureau INC<br>610 Waltham Way<br>Sparks, NV 89437-6695 | Higgingbotham Family Dental<br>255 West Boadway<br>West Memphis, AR 72301-3903 |
| Memphis Radiological P C<br>PO Box 341327<br>Bartlett, TN 38184-1327 | Methodist Healthcare<br>P.O. Box 2279<br>Memphis, TN 38101-2279 | Methodist Healthcare Univ.<br>%Consolidated Recovery Systems<br>P.O. BOx 1719<br>Memphis, TN 38101-1719 |
| Mid South Community College<br>2000 West Broadway<br>West Memphis, AR 72301-3829 | Midland Credit Management<br>8875 Aero Dr<br>Suite 200<br>San Diego, CA 92123-2255 | Outpatient Radiology<br>200 S. Rhodes Suite B<br>West Memphis, AR 72301-4213 |
| PCM<br>PO BOX 4037<br>Jonesboro, AR 72403-4037 | PHH Mortgage Corporation<br>2001 Bishops Gate Blvd<br>Mount Laurel, NJ 08054-4604 | PHH Mortgage Corporation<br>Attention: Cashiers<br>2001 Bishops Gate Blvd.<br>Mt. Laurel, NJ 08054-4604 |
| Praxis Financial Solutions, In<br>7301 N. Lincoln Ave. STE 110<br>Lincolnwood, IL 60712-1754 | Professional Credit Management<br>P.O. Box 4037<br>Jonesboro, AR 72403-4037 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |


| | | |
|---|---|---|
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | U.S. Trustee (ust)<br>Office Of U. S. Trustee<br>200 W Capitol, Ste. 1200<br>Little Rock, AR 72201-3618 | US Bank Trust National Association, as Trust<br>c/o BSI Financial Services<br>1425 Greenway Dr., Ste 400<br>Irving, TX 75038-2480 |
| Wesley Neurology Clinic PC<br>PO BOX 1885<br>Memphis, TN 38101-1885 | Davis H. Loftin<br>Attorney at Law<br>310 Mid-Continent Plaza, Suite 360<br>West Memphis, AR 72301-1749 | Mark T. McCarty<br>Chapter 13 Standing Trustee<br>P.O. Box 5006<br>N. Little Rock, AR 72119-5006 |
| Walter Jackson<br>610 Arlington Drive<br>West Memphis, AR 72301-2504 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

T-Mobile
P.O. Box 790047
Saint Louis, MO 63179-0047

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)US Bank Trust National Assocaition | (u)Delta Outsource Group<br>PO Box 1210 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     2<br>Total                  38 |